No. 561. HOSTETLER ET AL. *v.* BROTHERHOOD OF RAILROAD TRAINMEN ET AL. C. A. 4th Cir. Certiorari denied. *Herbert M. Brune* and *Meyer Fix* for petitioners. *Bernard M. Savage* and *Wayland K. Sullivan* for respondents.

No. 563. CEDILLO ET AL. *v.* STANDARD OIL CO. C. A. 5th Cir. Certiorari denied. *Ernest Guinn* for petitioners. *J. F. Hulse* for respondent.

No. 566. FULTON *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. *Francis Heisler* and *Jerome Rotenberg* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.

No. 568. BERRY *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. *Merle L. Silverstein* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Theodore George Gilinsky* for the United States.

No. 570. McRAE ET UX. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 9th Cir. Certiorari denied. *Jerome B. Rosenthal* for petitioners. *Solicitor General Cox, Assistant Attorney General Oberdorfer, Harry Baum* and *Norman H. Wolfe* for respondent.

No. 572. COPELAND *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. *Albert S. Lewis* and *Gerald F. White* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Felicia Dubrovsky* for the United States.